Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   FTE Networks, Inc.

2. **All other names debtor used in the last 8 years**

   N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 1 – 0 4 3 8 0 9 3

4. **Debtor's address**

   **Principal place of business**

   641 Lexington Avenue
   Number   Street

   14th Floor

   New York          NY       10022
   City              State    ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City              State    ZIP Code

5. **Debtor's website (URL)**

   ftenet.com

Debtor  FTE Networks, Inc.	Case number (if known) _____
        Name

### 6. Type of debtor
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
551114 __

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
        District _____  When _____  Case number _____
                                       MM / DD / YYYY

Debtor  FTE Networks, Inc.            Case number (if known) _____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes. Debtor  Mo Seven LLC et al.          Relationship  4 Indirect Subsidiaries
            District  Southern District Of New York   When  07 / 09 / 2025
            Case number, if known  25-11551 (DSJ) (Consolidated)      MM / DD / YYYY

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street
                              _____
                              _____    _____
                              City                               State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
    ☑ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Debtor __FTE Networks, Inc.__  Case number (if known) _____
        Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 02 / 2025
             MM / DD / YYYY

X _/s/ Michael P. Beys_    Michael P. Beys
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer (Disputed)

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor           MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# STATEMENT OF AUTHORITY AND COUNSEL
# FOR FTE NETWORKS, INC.

(Submitted with Voluntary Petition for Chapter 11 Relief)

I, Michael P. Beys, submit this statement in connection with the voluntary Chapter 11 petition of FTE Networks, Inc. (the "Debtor").

## 1. Authority to File

I have served as Chief Executive Officer of FTE Networks, Inc. since December 2019. Since July 2025, a faction of disputed and purported shareholders has unlawfully claimed to control the Company, which is the subject of pending litigation in Nevada, Delaware and the Southern District of New York. Acting under color of my officer authority and in good faith to preserve the Company's assets, I have filed this petition so that the Bankruptcy Court may determine corporate authority in a neutral forum consistent with *Price v. Gurney*, 324 U.S. 100 (1945).

## 2. Pro Se Filing and Counsel

The Debtor presently files this petition pro se solely to commence the case and invoke the automatic stay. The Debtor will promptly retain bankruptcy counsel admitted to practice before this Court to appear on its behalf in all further proceedings.

Respectfully submitted,

/s/ Michael P. Beys

Michael P. Beys
Chief Executive Officer (Disputed)
FTE Networks, Inc.
641 Lexington Avenue, 14th Floor
New York, NY 10022
Date: November 2, 2025

# DECLARATION OF CORPORATE AUTHORITY (IN LIEU OF CORPORATE RESOLUTION) OF FTE NETWORKS, INC.

I, Michael P. Beys, hereby declare under penalty of perjury as follows:

## 1. Position and Background

I am the Chief Executive Officer of FTE Networks, Inc. ("FTE" or the "Company"), a Nevada corporation with its principal executive office at 641 Lexington Avenue, 14th Floor, New York, New York 10022. I have served in this capacity since December 2019 and am familiar with the Company's business affairs and governance history.

## 2. Purpose of Declaration

I submit this declaration in support of FTE's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code and in connection with the forthcoming Motion for Determination of Authority pursuant to *Price v. Gurney*, 324 U.S. 100 (1945). This declaration is also submitted in lieu of a formal corporate resolution, which cannot presently be obtained due to the governance circumstances described below.

This declaration provides the factual background for the filing, explains the Company's current governance posture, and demonstrates that the petition was filed in good faith to protect the Company's assets and preserve value for creditors and stakeholders.

## 3. Corporate Governance Dispute

On July 3, 2025, the Eighth Judicial District Court of Nevada entered a decision adverse to FTE in *Innovativ Media Group v. FTE Networks, Inc.* Certain individuals have cited that decision to claim control of FTE. Some members of that faction have already been determined not to be valid FTE shareholders, and there are several pending federal actions—including *FTE Networks v. Szkaradek et al.*, 22 Civ. 785 (D. Del.); *FTE Networks v. Singal et al.*, 22 Civ. 5966 (S.D.N.Y.); *FTE Networks v. Innovativ Media Group*, 25 Civ. 1731 (D. Nev.); and *FTE Networks v. Goodwin, Cunningham, Coleman et al.*, 25 Civ. 1732 (D. Nev.)—that seek declarations invalidating the claimed shareholder status of the remaining members of that faction and clawing back FTE shares issued to them (the "Rogue Purported-Shareholder Faction").

The July 3 decision did not itself effect a change of control. Remarkably, however, between July 6 and July 15, 2025, the Rogue Purported-Shareholder Faction purported to amend the Company's bylaws and appoint new directors and officers. Those actions are being litigated in multiple Nevada cases and related federal proceedings.

## 4. October 29, 2025 TRO

On October 29, 2025, Judge Traum of the U.S. District Court for the District of Nevada entered a temporary restraining order (the "TRO") purporting to restrict my ability to act on behalf of FTE, after removal of an underlying state-court action, adopting the essential terms of a prior state-court TRO but re-issuing it under federal authority. The TRO required the posting of a bond under Federal Rule of Civil Procedure 65(c). As of November 2, 2025 when the petition was filed, no bond had been posted, and the TRO therefore had not taken effect.

Because the TRO was and is inoperative, this Chapter 11 petition did not, and does not, violate any operative order. It was filed in good faith to protect the Company's assets, stay enforcement of the July 3, 2025 Nevada decision, and allow this Court to determine corporate authority in a neutral forum.

### 5. Corporate Authorization and In Lieu of Resolution
Since approximately September 2021, FTE's board of directors has consisted of three members: myself, Michael Beys; Richard de Silva; and Joseph Cunningham. Mr. Cunningham is aligned with the Rogue Purported-Shareholder Faction presently adverse to the Company in the litigations referenced herein. Mr. de Silva and I are both named subjects of the October 29 TRO; however, because no bond has been posted, that order has not taken effect.

As a result of both the TRO and the dispute with Mr. Cunningham, the board is functionally deadlocked and cannot presently act by written consent or formal meeting to authorize this filing. Acting in my capacity as Chief Executive Officer—appointed and serving since December 2019 under FTE's bylaws and Nevada corporate law—I filed this petition under color of that officer authority to preserve the Company's assets and permit this Court to determine who is properly authorized to act for FTE under *Price v. Gurney*, 324 U.S. 100 (1945).

This Declaration is submitted in lieu of a formal corporate resolution because a board resolution cannot be obtained at this time owing to the ongoing governance controversy and the currently ineffective TRO affecting two of the three directors.

### 6. Financial Condition
FTE currently has limited operations and holds primarily litigation claims and potential net-operating-loss assets. Its indirect subsidiaries are debtors in consolidated Chapter 7 cases before Judge David S. Jones (Case No. 25-11551 (DSJ)). This Chapter 11 filing is intended to centralize control, protect value, and maximize recovery for creditors.

### 7. Good Faith and Objective Need
Members of the Rogue Purported-Shareholder Faction have previously alleged in verified pleadings that FTE was insolvent and should enter bankruptcy. Those admissions support the objective necessity of this filing and further demonstrate that the petition is not a litigation tactic but a good-faith effort to preserve and reorganize the Company for the benefit of creditors and stakeholders.

### 8. Conclusion
This Declaration is submitted in support of the Chapter 11 petition and in lieu of a formal corporate resolution. The purpose of this filing is to preserve FTE's value, obtain a stay of ongoing litigation, and allow this Court to determine governance and authority in a transparent and orderly manner. I respectfully request that the Court recognize this Declaration as evidence of corporate authority for the filing and allow FTE to proceed as debtor-in-possession pending resolution of the authority issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2025, at New York, New York.

_____
Michael P. Beys
Chief Executive Officer (Disputed)
FTE Networks, Inc.

Case No. (if known):
Debtor Name(s): FTE Networks, Inc.

| | | |
|---|---|---|
| K&L Gates, LLP<br>599 Lexington Ave<br>New York, NY 10022 | Small Business Administration<br>409 3rd St, SW.<br>Washington, DC 20416 | Beys Liston & Mobargha LLP<br>641 Lexington Avenue, 14th Floor<br>New York, New York 10022 |
| Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036 | Troutman Pepper Hamilton Sanders LLP<br>875 3rd Ave<br>New York NY 10022 | Maria Fernandez<br>2435 Keyhole Street<br>Irving, Texas 75062 |
| Snell & Wilmer<br>400 E Van Buren St Ste 1000<br>Phoenixville, AZ 85004 | Chord Advisors, LLC<br>7014 13th Ave Suite 202<br>Brooklyn NY 11228 | Andrew Sanchez<br>36 Aspetuck Avenue<br>New Milford, CT 06776 |
| Southern Holdings 3, LLC<br>6600 France Avenue S Suite 550<br>MN | C2C (Epiq eDiscovery Solutions)<br>777 3rd Ave 11th Floor<br>New York NY 10017 | FinTrust Consulting, LLC<br>355 Heron Ave<br>Naples, FL 34108 |
| Joseph Cunningham<br>1350 Promontory Point Dr<br>El Dorado Hills, CA 95762 | FTI Consulting<br>555 12th ST NW Suite 700<br>Washington DC 20004 | Phil McFillin<br>116 Kings Highway East<br>Suite 2-A<br>Haddonfield, NJ 08033 |
| NetJets Aviation Inc.<br>4151 Bridgeway Avenue<br>Columbus, OH 43219 | Turner, Stone & Company LLP<br>12700 Park Central Dr Ste 1400<br>Dallas TX 75251 | Cheryl Powell<br>12004 Hunting Crest Drive<br>Prospect, KY 40059 |
| White & Williams LLP<br>810 Seventh Ave, Ste 500<br>New York, NY 10019 | Lex Domus Law<br>5798 S. Durango Dr., #105, Las Vegas, NV 89113 | Lewis W. Siegel<br>60 East 42nd Street - Suite 4600<br>New York, NY 10165 |
| Houston Harbaugh<br>Three Gateway Center, Pittsburgh, PA 15222 | Jayne Hildreth<br>608 NE 2nd Street, Apt 245<br>Dania Beach, FL 33004 | Ted Gordon<br>160 Shamrock Hills Drive<br>Wappingers Falls, NY 12590 |
| Alston & Bird LLP<br>90 Park Ave<br>New York NY 10016 | Scalar, LLC<br>6275 W Plano Parkway Suite 570<br>Plano TX 75093 | Lateral Investment Management<br>400 South El Camino Real, Suite 1100<br>San Mateo, CA 94402 |
| Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>New York NY 10018 | Bober Markey Fedorovich & Company<br>3421 Ridgewood Rd<br>Akron OH 44333 | Benchmark Builders, LLC<br>469 7th Ave<br>New York, NY 10018 |
| Intrado Digital Media LLC<br>P. O. Box 541178<br>Omaha NE 68154 | Pacific Cable Construction, Inc<br>P.O. Box 573<br>Woodinville WA 98072 | REX Electric and Technologies<br>180 N Stetson Ave Ste 2000<br>Chicago IL 60601 |
| Salesforce.com Inc 415 Mission Street 3rd Floor San Francisco CA 94105 | Mage Electrical Contractors<br>156 Flushing Ave<br>Brooklyn NY 11205 | HAWLEY TROXELL ENNIS & HAWLEY LLP<br>877 W Main St Suite 1000<br>Boise ID 83702 |
| Graybar Electric Co.<br>11885 Lackland Rd | Benfield Electric Supply Co.<br>240 Washington St | Law Offices of Peter Katz LLC<br>116 Village Blvd #32 2nd Floor |

| | | |
|---|---|---|
| Maryland Heights, MO 63146 | Mount Vernon NY 10553 | Princeton NJ 08540 |
| Digital Realty<br>5707 Southwest Parkway Building 1 Suite 275<br>Austin TX 78735 | BP Business Solutions<br>P.O. Box 1239<br>Covington LA 70434 | Bonnie Manter - BBM Techno Group<br>529 E 88th ST Suite 3D<br>New York NY 10128 |
| Traffic Control Solutions, LLC 304 Route 9 Unite 8<br>Waretown NJ 08758 | Dell Business Credit<br>P.O. Box 81577<br>Austin TX 81577 | Blake, Cassels & Graydon LLP<br>199 Bay Street Suite 4000<br>Toronto ON M5L 1A9 |
| The Home Depot<br>2455 Paces Ferry Road<br>Atlanta GA 30339 | United Healthcare<br>5901 Lincoln Dr<br>Edina MN 55436 | De Lage Landen F.S. Note P #8<br>1111 Old Eagle School Rd Suite 1<br>Wayne PA 19087 |
| Xchange Telecom Corp<br>3611 14th AVE<br>Brooklyn NY 11218 | Business Management Solutions (BMS)<br>P.O. Box 42147<br>Phoenix AZ 42147 | Plaza Investors, LLC<br>600 Reisterstown Rd<br>Pikesville MD 21208 |
| Thomson Reuters - West<br>610 Opperman Drive<br>Eagan MN 55123 | Crown Castle - Wilcon<br>8020 Katy Fwy<br>Houston TX 77024 | Bank of America Merril Lynch Retirement Services (401k plan fees)<br>One Bryant Park<br>New York NY 10036 |
| Bass Tax Group<br>2740 State Route 10 Ste 105A<br>Morris Plains NJ 7950 | Freedman + Taitelman LLP<br>1801 Century Park West 5th Floor<br>Los Angeles CA 90067 | Credibility International LLC<br>1701 Pennsylvania Ave NW Ste 200<br>Washington DC 20006 |
| O'Connor Carnathan and Mack LLC<br>67 S Bedford ST STE 400W<br>Burlington MA 01803 | Makovsky & Company Inc<br>1350 Broadway<br>New York NY 10018 | Nevada Agency and Transfer Company<br>50 W Liberty St<br>Reno NV 89501 |
| TW Cable, LLC<br>81 Executive Blvd<br>Farmingdale NY 11735 | Bryn Mawr Equipment Finance Inc<br>801 W Lancaster Ave<br>Bryn Mawr PA 19010 | Elliott Electric Supply<br>2526 n Stallings Drive<br>Nacogdoches TX 75964 |
| Nextraq<br>303 Perimeter Center N Suite 800<br>Atlanta GA 30346 | M2 Compliance / SEC Compliance<br>501 East Las Olas Blvd Suite 300<br>Fort Lauderdale FL 33301 | Junction Networks<br>4387 W Swamp RD Suite 284<br>Doylestown PA 18902 |
| Site Hands<br>615 S College ST<br>Charlotte NC 28202 | TEST EQUIPMENT DEPOT<br>5 Commonwealth Ave Unit 6<br>Woburn MA 01801 | K&K Supply<br>535 N Highway DR<br>Fenton MO 63026 |
| Avetta, LLC<br>549 E Timpanogos Pkwy Suite G<br>Orem UT 84097 | H & L Electric Inc.<br>4111 28th ST<br>Long Island City NY 11101 | Technology Concepts & Design Inc<br>4508 Weybridge Ln<br>Greensboro NC 27407 |
| Anixter Inc.<br>3384 Progress Ave<br>Naples FL 34104 | Amerisure Mutual Insurance Company<br>26777 Halsted Road | JMEG LLC<br>13995 Diplomat Dr Suite 400<br>Farmers Branch TX 75234 |

| | | |
|---|---|---|
| | Farmington Hills MI 48331 | |
| Meister Seelig & Fein LLP<br>125 Park Ave<br>New York NY 10017 | MHK Consultants, Inc.<br>401 Paterson Hamburg Tpke<br>Wayne NJ 07470 | M Burr Keim Company<br>2021 Arch St<br>Philadelphia PA 19103 |
| Global Rental Co., Inc<br>33 Inverness Center PKWY#250<br>Birmingham AL 35242 | St. George Investments LLC<br>303 East Wacker Drive, Suite 1040<br>Chicago, Illinois 60601 | Auctus Fund LLC<br>545 Boylston Street<br>Boston, MA 02116 |
| Adar Beys, LLC<br>3411 Indian Creek Drive, Ste 403<br>Miami Beach, FL 33140 | One44 Capital LLC<br>1249 Broadway, Ste 103<br>Hewlett, NY 11557 | Crossover Capital Fund LLC<br>365 Erikson Ave NE #315<br>Bainbridge Island, WA 98110 |
| Cerberus Finance Group LTD<br>Craigmuir Chambers, Road Town<br>Tortola 11110, BVI | Eagle Equities LLC<br>525 Norton Parkway<br>New Haven, CT 06511 | LG Capital Funding LLC<br>1218 Union Street, Ste 2<br>Brooklyn, NY 11225 |
| Jem Debt Fund I LLC<br>358 Fifth Avenue, Ste 1405<br>New York, NY 10001 | Quarum Holdings LLC<br>217 Broadway, Ste 603<br>New York, NY 10007 | GS Capital Partners LLC<br>110 Wall Street, Ste 5-070<br>New York, NY 10005 |
| Martin & Arey<br>1131 Madison Park Drive<br>Madison, AL 35758 | CMIT Solutions of Manhattan Murray Hill<br>421 7th Avenue, STE#610<br>New York, NY 10001 | Suwyn Investments LLC<br>26291 Woodlyn Drive<br>Bonita Springs, FL 34134 |
| Frost Brown & Todd<br>20 F Street NW<br>Suite 850<br>Washington, D.C. 20001 | Bishop Korus Friend, PSC<br>6520 Glenridge Park Place, Suite 6<br>Louisville, KY 40222-3453 | Peter Ghishan<br>241 Ridge Street, Suite 330<br>Reno, NV 89501 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | SRM Entertainment Group, LLC<br>c/o Christopher Ferguson<br>1758 Redhawk Way<br>Bethlehem, PA 18015 | TBK 327 Partners LLC<br>c/o Christopher Ferguson<br>1758 Redhawk Way<br>Bethlehem, PA 18015 |
| Richard and Jane Leider Revocable Trust,<br>1523 Baker Street<br>San Francisco, CA. 94115 | Frank C. Forelle/Apava, Inc.<br>P.O. Box 689<br>Wilson, WY 83014 | |