BROWNSTEIN HYATT FARBER
SCHRECK, LLP
Amalia Y. Sax-Bolder, Esq.
NY Bar No. 5247432
675 15th Street, Suite 2900
Denver, Colorado 80202
Phone: 303-223-1100
Fax: 303-223-1111
asax-bolder@bhfs.com

*Attorneys for FTE Networks, Inc.*

**Hearing Date and Time:**
**December 11, 2025 at 10:00 a.m.**
**(prevailing Eastern Time)**

**Objection Deadline:**
**December 1, 2025 at 4:00 p.m.**
**(prevailing Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FTE NETWORKS, INC.,<br><br>Debtor. | Case No. 25-12465-DSJ<br><br>Chapter 11 |

## NOTICE OF FTE NETWORKS, INC.'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the motion (the "Motion") of FTE Networks, Inc. ("FTE") for an order dismissing the above-captioned chapter 11 case will be held before the Honorable David S. Jones, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), located at One Bowling Green, New York, New York 10004, on **December 11, 2025, at 10:00 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, shall confirm to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), shall be filed with the Bankruptcy Court: (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with

Local Bankruptcy Rule 5005-2; and (ii) by all other parties in interest, in accordance with Local Bankruptcy Rule 5005-1 and 5005-2, and served upon (a) counsel for FTE Networks, Inc., c/o Brownstein Hyatt Farber Schreck, LLP, Attn: Amalia Y. Sax-Bolder, 675 15th Street, Suite 2900, Denver, Colorado 80202; (b) the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004; and (c) any and all other parties in interest who has filed a Notice of Appearance and a request for service of documents, so as to be received on or before **December 1, 2025 at 4:00 p.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that only those objections which are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in the entry of a final order granting the relief requested in the Motion, without further notice. Failure to attend the Hearing in-person or by counsel may result in relief being granted or denied upon default. In the even that no objection to the Motion is timely filed and served, the relief requested in the Motion may be granted without a hearing before the Court.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one. If you do not have an attorney, you may wish to consult with one.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held remotely. Any parties that wish to participate must do via Zoom through the eCourt Appearances tool (https://www.nysb.uscourts.gov/ecourt-appearances).

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice, other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that the Motion, as well as other case related

filings can be viewed and/or obtained by (i) accessing the Court's Website for a fee; or (ii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Court's Website.

Dated: November 10, 2025　　　　　　　　　　**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Amalia Y. Sax-Bolder*
　　　　　　　　　　　　　　　　　　　　　　Amalia Y. Sax-Bolder, NY Bar No. 5247432
　　　　　　　　　　　　　　　　　　　　　　675 15th Street, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　Denver, CO  80202[1]
　　　　　　　　　　　　　　　　　　　　　　Telephone:  303.223.1100
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  303.223.1111
　　　　　　　　　　　　　　　　　　　　　　asax-bolder@bhfs.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for FTE Networks, Inc.*

---

[1] Brownstein Hyatt Farber Schreck, LLP operates in New York but is currently in the process of opening a new office space at 75 Rockefeller Plaza, New York, NY. Once the new office is opened, undersigned counsel will promptly file with the Court a Notice of Change of Address.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP
Amalia Y. Sax-Bolder, Esq.
NY Bar No. 5247432
675 15th Street, Suite 2900
Denver, Colorado 80202
Phone: 303-223-1100
Fax: 303-223-1111
asax-bolder@bhfs.com

*Attorneys for FTE Networks, Inc.*

Hearing Date and Time:
December 11, 2025 at 10:00 a.m.
(prevailing Eastern Time)

Objection Deadline:
December 1, 2025 at 4:00 p.m.
(prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

FTE NETWORKS, INC.,

Debtor.

Case No. 25-12465-DSJ

Chapter 11

## MOTION TO DISMISS

FTE Networks, Inc. ("FTE"), by and through its attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Thomas Coleman, Joseph Cunningham, and Stephen Goodwin (collectively, the "Board") hereby submit this *Motion to Dismiss* (the "Motion") pursuant to 11 U.S.C. § 1112(b). In support thereof, FTE states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BASIS FOR REQUESTED RELIEF

3. The statutory predicates for the relief requested herein are section 1112(b)(1) of the Bankruptcy Code, Fed. R. Bankr. P. 2002, and to the extent made applicable herein, the Federal

35993555

Rules of Civil Procedure, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York.

4. In support of this Motion, FTE incorporates by reference (i) the *Memorandum of Law in Support of FTE Networks, Inc.'s Motion to Dismiss*, (ii) the *Declaration of Thomas Coleman in Support of FTE Networks, Inc.'s Motion to Dismiss*, (iii) the records and files contained in this Chapter 11 case, and (iv) any such other future matters as may be presented therein.

## NOTICE

5. Notice of this Motion has been provided to (i) Michael Beys, who has referred to himself as "CEO (Disputed)" of the Debtor, (ii) the Office of the United States Trustee, and (iii) all other parties who have filed appearances in this Chapter 11 case as set forth in the *Notice of FTE Networks, Inc.'s Motion to Dismiss*. FTE submits that such notice is sufficient, and no other or further notice be provided.

## NO PRIOR REQUESTS

6. No prior motion or application for the relief requested herein has been made by Fremont to this or any other court.

**WHEREFORE**, FTE respectfully requests that the Court enter an order, substantially in the form of the Proposed Order attached hereto, granting the relief requested in this Motion, and granting such further and other relief as the Court deems just and equitable.

[*Signature page to follow*.]

| | |
|---|---|
| Dated: November 10, 2025 | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| | By: */s/ Amalia Y. Sax-Bolder* <br> Amalia Y. Sax-Bolder, NY Bar No. 5247432 <br> 675 15th Street, Suite 2900 <br> Denver, CO 80202[1] <br> Telephone: 303.223.1100 <br> Facsimile: 303.223.1111 <br> asax-bolder@bhfs.com |
| | *Attorneys for FTE Networks, Inc.* |

---

[1] Brownstein Hyatt Farber Schreck, LLP operates in New York but is currently in the process of opening a new office space at 75 Rockefeller Plaza, New York, NY. Once the new office is opened, undersigned counsel will promptly file with the Court a Notice of Change of Address.

35993555