# EXHIBIT 2

IN THE SUPREME COURT OF THE STATE OF NEVADA

APAVA, INC.; RICHARD LEIDER, TRUSTEE OF THE RICHARD & JANE LEIDER REVOCABLE TRUST; FTE NETWORKS, INC., A NEVADA CORPORATION; LATERAL U.S. CREDIT OPPORTUNITIES FUND, LP; AND RICHARD DE SILVA,
Appellants,
vs.
INNOVATIV MEDIA GROUP, INC., A WYOMING CORPORATION, AND JOSEPH CUNNINGHAM, AN INDIVIDUAL,
Respondents.

No. 91079



FILED
OCT 30 2025
ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER GRANTING STAY IN PART*

This is an appeal from a July 3, 2025, district court order granting declaratory relief and entering judgment, and from a September 18, 2025, district court order granting a motion to amend the judgment to include prejudgment interest, in a corporate action. Currently before this court are motions for stay filed by appellants FTE Networks, Inc., Lateral U.S. Credit Opportunities Fund, LP, and Richard de Silva.[1] In particular, appellants have filed an August 22, 2025, motion seeking to stay all aspects of relief provided to respondents below, as well as an October 29, 2025, supplemental emergency motion, seeking a stay as a matter of right, under NRCP 62(d), as to the money judgments entered against them.

---

[1]On August 8, 2025, this court entered an order taking no action on appellants' original, August 5, 2025, emergency stay motion. Appellants thereafter, on August 22, filed a new motion for stay, superseding the August 5 motion. Accordingly, the August 5 motion is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

25-47506
Exhibit 2
Page 1 of 3

As appellants set forth in their motions, and as respondents do not contest, appellants are entitled as of right to a stay of the money judgments against them upon posting an adequate supersedeas bond. NRCP 62(d); *Clark Cnty. Off. of Coroner/Med. Exam'r v. Las Vegas Rev.-J.*, 134 Nev. 174, 175-76, 415 P.3d 16, 18 (2018). In their September 12 opposition to the August 22 motion, respondents argue that a bond of 1.5 times the judgment amount, or $3,277,377.10, will permit full satisfaction of the judgments after appeal, citing *Cotton ex rel. McClure v. City of Eureka, Cal.*, 860 F. Supp. 2d 999, 1029 (N.D. Cal. 2012) ("Although practices vary among judges, a bond of 1.25 to 1.5 times the judgment is typically required." (quoting Christopher A. Goelz & Meredith J. Watts, California Practice Guide: Ninth Circuit Civil Appellate Practice ¶ 1:168 (TRG 2011))). Appellants did not timely file a reply.[2] Accordingly, we conclude that a stay of the money judgments is warranted upon posting a supersedeas bond in the amount of $3,277,377.10.

Thus, appellants' August 22 and October 29 motions are granted in part, as to the request for stay of execution on the money judgments, only; the stay is effective upon appellants posting a bond in the district court for $3,277,377.10. Any request to modify the bond amount should be directed to the district court. *See generally Nelson v. Heer*, 121 Nev. 832, 837, 122 P.3d 1252, 1254 (2005), *as modified* (Jan. 25, 2006) (noting that the district court is in the best position to resolve disputes concerning the adequacy of security). With respect to the portion of appellants' August 22 motion seeking stay relief as to the declaratory

---

[2]Appellant's September 23, 2025, motion to extend the deadline for filing a reply to September 24, 2025, is denied as moot, as no reply was filed by the proposed deadline.

judgment portion of the July 3 order, we decline to rule on that issue on an emergency basis, and we thus defer ruling on the remaining portion of the August 22 stay motion pending further review and consideration by this court. The October 29 stay motion is denied to the extent that appellants seek an order from this court "confirming that the foreign bank accounts are beyond the reach of an undomesticated Nevada court order" or directing the release of already levied funds. Those issues are for the district court to determine in the first instance.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Cadish

_____, J.
Lee

cc: Hon. Joanna Kishner, District Judge
Chief Judge, The Eighth Judicial District Court
Hon. Michael A. Cherry, Senior Justice
Stephen E. Haberfeld, Settlement Judge
Baxter Baker Sidle Conn & Jones, P.A.
Beckstrom & Beckstrom, LLP
Lex Domus Law
Marquis Aurbach Chtd.
Wiley Petersen
Eighth District Court Clerk