# EXHIBIT 3

WRITTEN CONSENT OF THE SHAREHOLDERS OF

FTE NETWORKS, INC.,
a Nevada corporation,

The undersigned, holding a majority of the voting power of the issued and outstanding stock of FTE Networks, Inc., a Nevada corporation (the "Corporation"), and collectively constituting the Controlling Stockholders under Section 3.1(a) of the Corporation's Bylaws (as hereinafter defined), individually and collectively consent by this writing to take the following actions, to adopt the following resolutions, and to transact the following business of the Corporation pursuant to Section 2.12(a) of the Corporation's bylaws (as amended to date, the "Bylaws") and to Section 78.320 of the Nevada Revised Statutes:

**<u>Amendment of Bylaws</u>.**

WHEREAS, the undersigned desire to amend the Bylaws in certain particulars as more fully set forth below:

NOW, THEREFORE, IT IS HEREBY RESOLVED, that the Bylaws are amended as follows:

*Section 3.1 of the Bylaws is amended to add a new subsection c. to the end thereof, to read as follows:*

> c. Without the consent of the Controlling Stockholders and the unanimous consent of the Board at a duly constituted and convened meeting of the Board by the unanimous approval of all Directors, whether in person or by proxy, the Board may not adopt any resolution, written consent or otherwise take any action approving, consenting to, permitting, recommending to stockholders or otherwise suffering to exist any of the following:
>
> i. an Insolvency Proceeding; or
>
> ii. any transaction which results in a Change of Control (as defined in the Articles);

As used herein, an "Insolvency Proceeding" shall mean (i) a Liquidation (as defined in the Articles), (ii) any other proceeding commenced by or against the Corporation under any provision of title 11 of the United States Code, as in effect from time to time or under any other state or federal bankruptcy or insolvency law, (iii) assignments for the benefit of creditors, (iv) formal or informal moratoria, compositions,

1

extensions generally with creditors, or (v) proceedings seeking reorganization, arrangement, or other similar relief.

**General**

FURTHER RESOLVED, that this instrument may be executed in multiple counterparts, which, when taken together, shall constitute one and the same instrument. Any signature page of this instrument may be detached from any counterpart without impairing the legal effect of any signatures thereon, and may be attached to another counterpart identical in form thereto, but having attached to it one or more additional signature pages. Any signature transmitted electronically (including DocuSign or similar electronic signature) shall have the same effect as an original, manual signature.

FURTHER RESOLVED, that it is the intent of the undersigned that the foregoing resolutions be effective as of March 11, 2023.

[signatures appear on following pages]

Exhibit 3
Page 2 of 3

[signature page to Written Consent of the Shareholders of FTE Networks, Inc., a Nevada corporation]

_____
*/s/ Majique Ladnier*
Majique Ladnier

_____
Danish Mir

_____
Khawaja Sargham bin Aamer

First Capital Master Advisor, LLC
By: _____
*/s/ Suneet Singal*
Printed: Suneet Singal
Title: CEO Dec 17 2019

_____
*/s/ Alex Szkaradek*
Alex Szkaradek

_____
*/s/ Antoni Szkaradek*
Antoni Szkaradek

_____
*/s/ Stephen Goodwin*
Stephen Goodwin

_____
*/s/ Joseph Cunningham*
Joseph Cunningham

_____
Dennis Shorrock

TTP 8, LLC
By: _____
*/s/ Majique Ladnier*
Printed: Majique Ladnier
Title: Manager

Innovatiy Media Group, Inc.
By: _____
*/s/ Thomas Coleman*
Printed: Thomas Coleman
Title: President

_____
Timothy Swanston

_____
Robert Swanston

_____
Patrick Shorrock

_____
Eric Phelps

_____
Chris Ferguson

3