# EXHIBIT 4

Docusign Envelope ID: 257BAEBA-F575-4A63-B1EE-03DC695ECD42

# WRITTEN CONSENT OF THE SHAREHOLDERS OF
# FTE NETWORKS, INC., a Nevada corporation

The undersigned, holding a majority of the voting power of the issued and outstanding stock of FTE Networks, Inc., a Nevada corporation (the "Corporation"), and collectively constituting the Controlling Stockholders under Section 3.1(a) of the Corporation's Bylaws individually and collectively consent by this writing to take the following actions, to adopt the following resolutions, and to transact the following business of the Corporation pursuant to Section 2.12(a) of the Corporation's bylaws (as amended to date, the "Bylaws") and to Section 78.320 of the Nevada Revised Statutes:

### Amendment of Bylaws.

WHEREAS, the undersigned desire to amend the Bylaws in certain particulars as more fully set forth below:

NOW, THEREFORE, IT IS HEREBY RESOLVED, that the Bylaws are amended as follows:

*Section 2.12b of the Bylaws is amended to now read as follows:*

> ***Post-Consent Notice.*** Notice of any shareholder approval without a meeting shall be given at least ten days after the consummation of the action authorized by such approval to (i) those shareholders entitled to vote who did not consent in writing, and (ii) those shareholders not entitled to vote. Any such notice may be deemed sent by any public notice including a press release or 8K filing accompanied by a description of the shareholder action. No post-consent notice is required when the written consents of all shareholders entitled to vote has been obtained.

*Section 2.12d of the Bylaws is amended to now read as follows:*

> ***Election of Directors by Written Consent of Shareholders.*** Shareholders of the Corporation may directly elect Directors by Written Consent of a majority of the Corporation's shareholders entitled to vote if the Corporation has not held an Annual Shareholder Meeting for the purpose of electing Directors for a period of two (2) years or longer.
> However, in the event the Corporation has held regular Annual Shareholder Meetings for the purpose of electing Directors such Election of Directors by Written Consent of Shareholders requires unanimous consent.

*Section 3.3 of the Bylaws is amended to now read as follows:*

> ***Election of Directors.*** Directors shall be elected by Shareholders entitled to vote (i) at the annual meeting of shareholders, (ii) at a special meeting of shareholders called for that

purpose; or (iii) or by written consent of Shareholders as provided for in Section 2.12d as amended.

## General

FURTHER RESOLVED, that this instrument may be executed in multiple counterparts, which, when taken together, shall constitute one and the same instrument. Any signature page of this instrument may be detached from any counterpart without impairing the legal effect of any signatures thereon and may be attached to another counterpart identical in form thereto but having attached to it one or more additional signature pages. Any signature transmitted electronically (including DocuSign or similar electronic signature) shall have the same effect as an original, manual signature.

FURTHER RESOLVED, that it is the intent of the undersigned that the foregoing resolutions be effective as of July 6, 2025.

**FTE Networks, Inc. Controlling Shareholders**

_____
Majique Ladnier

**First Capital Master Advisor, LLC**
By: _____
Majique Ladnier
Title: Managing Partner

_____
Alex Szkaradek

_____
Antoni Szkaradek

_____
Stephen Goodwin

_____
Joseph Cunningham

**TTP 8, LLC**
By: _____
Majique Ladnier
Title: Managing Partner

**Innovativ Media Group, Inc.**
By: _____
Thomas Coleman
Title: President