# EXHIBIT 5

Docusign Envelope ID: 2C0F19E6-3E20-4D89-B27D-AB2E7F0CD96F

# WRITTEN CONSENT OF THE SHAREHOLDERS OF

## FTE NETWORKS, INC.,
a Nevada corporation,

The undersigned, holding a majority of the voting power of the issued and outstanding stock of FTE Networks, Inc., a Nevada corporation (the "Corporation"), and collectively constituting the Controlling Stockholders, ("Controlling Shareholders"), under Section 3.1(a) of the Corporation's Bylaws, and having all conditions to do so being met, individually and collectively consent by this writing to the election of three (3) individuals to the Board of Directors of the Corporation replacing the three (3) present Directors pursuant to Sections 2.12(d) and 3.3 of the Corporation's bylaws (as amended to date) and to Section 78.320 of the Nevada Revised Statutes.

RESOLVED, we, the Controlling Stockholders, hereby elect the following individuals as Directors of the Corporation to serve for a term according to Section 3.4 of the Corporation's Bylaws:

Joseph Cunningham

Steven Goodwin

Thomas Coleman

RESOLVED, pursuant to Section 3.4 of the Corporation's Bylaws, former Directors Michael Beys and Richard de Silva's terms are deemed ended upon the election of their successors. Joseph Cunningham is effectively re-elected and begins a new term.

This election is taking place without a meeting pursuant to Sections 2.12(d) and 3.3 of the Corporation's Amended Bylaws by consent of the undersigned Corporation shareholders holding a majority of the Corporation's voting power. Each of the undersigned has read and understands the Written Consent and voluntarily signs it to concur in the action set forth herein.

FURTHER RESOLVED, that this instrument may be executed in multiple counterparts, which, when taken together, shall constitute one and the same instrument. Any signature page of this instrument may be detached from any counterpart without impairing the legal effect of any

1

Exhibit 5
Page 1 of 2

Docusign Envelope ID: 2C0F19E6-3E20-4D89-B27D-AB2E7F0CD96F

signatures thereon, and may be attached to another counterpart identical in form thereto, but having attached to it one or more additional signature pages. Any signature transmitted electronically (including DocuSign or similar electronic signature) shall have the same effect as an original, manual signature.

FURTHER RESOLVED, it is the intent of the undersigned that the foregoing resolutions be effective as of July 8, 2025.

**Controlling Stockholders**

Majique Ladnier

**First Capital Master Advisor, LLC**

By: Majique Ladnier
Title: Managing Partner

Alex Szkaradek

Antoni Szkaradek

Stephen Goodwin

Joseph Cunningham

**TTP 8, LLC**

By: Majique Ladnier
Title: Managing Partner

**Innovativ Media Group, Inc.**

Thomas Coleman
By: Thomas Coleman
Title: President

Exhibit 5
Page 2 of 2