# EXHIBIT 6

# ACTION WITHOUT MEETING OF THE DIRECTORS OF

# FTE NETWORKS, INC.,
a Nevada corporation,

The undersigned, constituting the Directors of FTE Networks, Inc., a Nevada corporation (the "Corporation"), and acting without meeting pursuant to Section 3.13 *"Action Without a Meeting. Any action required or permitted to be taken at any meeting of the Board or of any committee thereof may be taken without a meeting if all members of the Board or of such committee, as the case may be, consent thereto in writing..."* of the amended Bylaws, on July 14th, 2025, adopt the following resolutions:

RESOLVED that the Directors of the Corporation acting under the authority granted by Section 4.5 of the amended Bylaws, *"4.5 Removal. Any officer may be removed, either with or without cause, by action of the Board."*, remove Michael Bey as Interim Chief Executive Officer of the Corporation and Maria Fernandez as Secretary of the Corporation effective the date of this Action Without Meeting of the Directors of the Corporation

.

RESOLVED that the Directors of the Corporation acting, under the authority granted by Section 4.2 *"Appointment of Officers. The officers shall be appointed by the Board and each shall hold office at the pleasure of the Board and until such officer's successor shall have been duly appointed and qualified, or until the officer's death, or until the officer shall resign or shall have been removed in the manner hereinafter provided."*, appoint Stephen Goodwin as Interim Chief Executive Officer of the Corporation and Dawn Loos as Interim Secretary of the Corporation effective the date of this Action Without Meeting of the Directors of the Corporation.

RESOLVED that Directors Thomas Coleman and Joseph Cunningham recuse themselves from any actions by the Corporation that are related to court judgments granted Mr. Coleman and/or Mr. Cunningham against the Corporation.

Docusign Envelope ID: AAE1D5B5-BAAF-442F-A598-131D8514B181

RESOLVED that Director and Interim CEO Stephen Goodwin recuses himself from any actions or decisions with respect to any past due compensations claims he may have against the Corporation,

RESOLVED that the Board intends to immediately make efforts to fully review and investigate the financial condition of the Corporation and, subject thereto, initiate either a receivership or a petition for insolvency proceedings for the Corporation.

Duly Approved and Adopted by the Board of Directors on the date first above written.

The said resolution has been consented to and approved by a quorum of the Directors of the corporation, specifically a majority of the number of directors specified in or fixed in accordance with the amended Corporation Bylaws. The vote was sufficient for approval, as required under all applicable laws, including but not limited to NRS 78.315: the Nevada Revised Statute that governs director quorum requirements.

*Stephen Goodwin*
Stephen Goodwin, Director

*Joseph Cunningham*
Joseph Cunningham, Director

*Thomas Coleman*
Thomas Coleman, Director