# EXHIBIT 12

JASON M. WILEY, ESQ.
Nevada Bar No. 9274
LESLIE L. PHIEFER, ESQ.
Nevada Bar No. 16959
**WILEY PETERSEN**
10000 West Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com
lphiefer@wileypetersenlaw.com

**LEX DOMUS LAW**
Daniel S. Cereghino, Esq., SBN 11534
Brandi M. Segura, Esq., SBN 11710
1712 Tesara Vista Place
Las Vegas, Nevada 89128
Telephone: (702) 533-4661
Facsimile: (702) 472-8605
dan@lexdomuslaw.com
brandi@lexdomuslaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FTE NETWORKS, INC.; THOMAS COLEMAN; JOSEPH CUNNINGHAM; STEPHEN GOODWIN,<br><br>                    Plaintiffs,<br><br>v.<br><br>MICHAEL BEYS; RICHARD DE SILVA; MARIA FERNANDEZ; ERNEST SCHEIDMANN; ANDREW SANCHEZ; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-01927-ART-EJY<br><br>(Cases 2:25-cv-01731-JCM-EJY, and 2:25-cv-01732-JCM-BNW reassigned to this Court and consolidated with this case [ECF No. 19])<br><br>**NOTICE OF BANKRUPTCY** |

//

//

//

**PLEASE TAKE NOTICE**

Defendants respectfully notify the Court that on November 2, 2025, at 2:23 p.m. Eastern Time, FTE Networks, Inc. submitted a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, through the Court's Pro Se Upload Tool.  A copy of the filing receipt and petition are attached hereto as ***Exhibit A***.

Pursuant to 11 U.S.C. 362(a) of the Bankruptcy Code, the filing of said petition operates as a stay against the commencement and/or continuation of judicial, administrative, or any other action or proceeding relative to Debtor FTE.

DATED this 3rd day of November, 2025.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
LESLIE L. PHIEFER, ESQ.
Nevada Bar No. 16959
10000 West Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com
lphiefer@wileypetersenlaw.com

**LEX DOMUS LAW**
Daniel S. Cereghino, Esq., SBN 11534
Brandi M. Segura, Esq., SBN 11710
1712 Tesara Vista Place
Las Vegas, Nevada 89128
Telephone: (702) 533-4661
Facsimile: (702) 472-8605
dan@lexdomuslaw.com
brandi@lexdomuslaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of WILEY PETERSEN, and that on the 3rd day of November 2025, I caused to be served a true and correct copy of **NOTICE OF BANKRUPTCY** in following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-1 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/ Alexandria Jones*
_____
An Employee of WILEY PETERSEN

# EXHIBIT A

Exhibit 12
Page 4 of 10

Case 2:25-cv-01927-ART-EJY   Document 29-1   Filed 11/03/25   Page 2 of 7

Pro Se Upload Tool for Self-Represented Individuals only | Southern District of New York - United States Bankruptcy Court                    11/2/25, 2:23 PM

# Pro Se Upload Tool for Self-Represented Individuals only

Your receipt number is **1762111388**

Your documents were submitted on Sunday, November 2, 2025 at 02:23:08 PM. This is the date and time your document(s), once approved, is to be filed on the Court's electronic filing system.

There will be a delay in entering your documents(s) on the Court's electronic filing system, particularly when submitted after hours, on weekends, and holidays. If your filing involves a pending deadline, you must upload your document(s) at least 48 hours prior to the deadline to facilitate timely review.

If filing fees are due, you must contact the Clerk's Office at 212-284-4571 to arrange immediate payment. Click here for a list of fees due for filing documents.

**Please do NOT send the same files more than once. Multiple uploads of the same file will delay processing of your documents. Thank you.**

Submit more documents

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

__Southern__   District of __New York__
                              (State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   FTE Networks, Inc.

2. **All other names debtor used in the last 8 years**

   N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 1 – 0 4 3 8 0 9 3 _ _ _

4. **Debtor's address**

   **Principal place of business**

   641 Lexington Avenue
   Number    Street

   14th Floor

   New York                NY        10022
   City                    State     ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City                    State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City                    State     ZIP Code

5. **Debtor's website (URL)**

   ftenet.com

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Exhibit 12
Page 6 of 10

Debtor  FTE Networks, Inc.
        Name

Case number (if known) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   551114

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:
   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When ___/___/_____  Case number _____
   　　　　　District _____  When ___/___/_____  Case number _____

Debtor   FTE Networks, Inc.
        Name

Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor: Mo Seven LLC et al.    Relationship: 4 Indirect Subsidiaries
District: Southern District Of New York    When: 07 / 09 / 2025    MM / DD / YYYY
Case number, if known: 25-11551 (DSJ) (Consolidated)

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
        Number   Street

_____
City         State ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor    FTE Networks, Inc.                                Case number (if known)
          Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 02 / 2025
             MM / DD / YYYY

X _____[signature]_____      Michael P. Beys
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer (Disputed)

**18. Signature of attorney**

X _____    Date  _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Exhibit 12
Page 9 of 10

## STATEMENT OF AUTHORITY AND COUNSEL
## FOR FTE NETWORKS, INC.

(Submitted with Voluntary Petition for Chapter 11 Relief)

I, Michael P. Beys, submit this statement in connection with the voluntary Chapter 11 petition of FTE Networks, Inc. (the "Debtor").

### 1. Authority to File

I have served as Chief Executive Officer of FTE Networks, Inc. since December 2019. Since July 2025, a faction of disputed and purported shareholders has unlawfully claimed to control the Company, which is the subject of pending litigation in Nevada, Delaware and the Southern District of New York. Acting under color of my officer authority and in good faith to preserve the Company's assets, I have filed this petition so that the Bankruptcy Court may determine corporate authority in a neutral forum consistent with *Price v. Gurney*, 324 U.S. 100 (1945).

### 2. Pro Se Filing and Counsel

The Debtor presently files this petition pro se solely to commence the case and invoke the automatic stay. The Debtor will promptly retain bankruptcy counsel admitted to practice before this Court to appear on its behalf in all further proceedings.

Respectfully submitted,

*/s/ Michael P. Beys*

Michael P. Beys
Chief Executive Officer (Disputed)
FTE Networks, Inc.
641 Lexington Avenue, 14th Floor
New York, NY 10022
Date: November 2, 2025

Exhibit 12
Page 10 of 10