# EXHIBIT 13

| | |
|---|---|
| **From:** | Chad F. Clement <cclement@maclaw.com> |
| **Sent:** | Friday, October 31, 2025 6:33 PM |
| **To:** | Katie Sutherland |
| **Cc:** | Jason Wiley; Daniel Cereghino; Walther, Eric D.; Fetaz, Maximilien; Schobert, Ashley N.; Alexandria Jones; Lenore A. Fraga; Nicholas M. Adams; Alexander K. Calaway |
| **Subject:** | FTE Networks, Inc. et al. v. Michael Beys et al. - 2:25-cv-01927-ART-EJY [IWOV-IMANAGE.FID1318586] |
| **Attachments:** | Stipulation and Order Regarding Temporary Restraining Order Briefing Schedules - Plaintiffs' Proposed(6105858.1).docx; Stipulation and Order Regarding Temporary Restraining Order Briefing Schedules - Defendants Proposed(6105857.1).docx |

Good evening,

Two proposed temporary restraining orders are attached in Word form. The parties we're able to agree on everything, except two sentences relating to litigation files and best efforts to turnover books and records (both differences are located in paragraph 4, lines 13-17). Plaintiffs' and Defendants' proposed orders are identified as such in the title of the Word documents.

The parties would like inquire as to what dates the Court has available for the preliminary injunction hearing between November 15 and December 15. After the parties hear back from the Court as to which dates in that timeframe the Court has availability, the parties will further meet and confer and select mutually available dates and inform the Court.



**Chad F. Clement, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6092
f | 702.382.5816
cclement@maclaw.com
maclaw.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security,

compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

2

Exhibit 13
Page 2 of 2