# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FTE NETWORKS, INC.,<br><br>Debtor. | Case No. 25-12465-DSJ<br><br>Chapter 11 |

## ORDER DISMISSING CHAPTER 11 CASE

THIS MATTER comes before the Court on FTE Networks, Inc.'s ("FTE") *Motion to Dismiss* (the "Motion")[1]. The Court, having reviewed the Motion and the relief requested therein; and that due and proper notice to all parties in interest was appropriate and provided under the circumstances; and it appearing that no other or further notice be provided; and the Court having held a hearing on the Motion on December 11, 2025; and having found that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Court hereby determines and finds that "cause" exists to dismiss the Chapter 11 Case as a bad faith filing pursuant to § 1112(b) of the Bankruptcy Code.

3. As of the date that this Order is entered by the Court, (i) the Chapter 11 Case is hereby dismissed.

4. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation or enforcement of this Order.

---

[1] All capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

DATED: New York, New York

    _____ \_\_\_, 2025

_____<br>
HONORABLE DAVID S. JONES<br>
UNITED STATES BANKRUPTCY JUDGE