# United States Bankruptcy Court
## Southern District of New York

In re **FTE Networks, Inc.**  
Debtor(s)

Case No. **25-12465**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alexander Szkaradek**<br>116 Twelve Oaks Lane<br>Lexington, SC 29072 | Series I Preferref | 100 | |
| **Alice Swimmer Cohen**<br>10101 Collins Ave<br>Apt 10C<br>Miami Beach, FL 33154 | Series A Preferred | 12.516 | |
| **Andreas Froland**<br>Nymollevej 51<br>Lyngby Kings Denmark2800 | Series A Preferred | 12.169 | |
| **Antoni Szkaradek**<br>116 Twelve Oaks Lane<br>Lexington, SC 29072 | Series I Preferred | 100 | |
| **Atef Helmy**<br>2 Lel Hegaz St<br>Cairo Egypy | Series A Preferred | 55.645 | |
| **Cedric Guyot**<br>329 Beaumont Blvd<br>Pacifica, CA 94044 | Series A Preferred | 1.45 | |
| **Cohen Family Trust**<br>3967 Vierra St<br>Pleasanton, CA 94566 | Series A Preferred | 0.020 | |
| **Delaware Charter Guarantee**<br>9300 Underwood Ave<br>Suite 400<br>Omaha, NE 68114 | Series A Preferred | 2.885 | |
| **Dieter Sibbert**<br>90 Park Ave<br>31 St Floor<br>New York, NY 10016 | Series A Preferred | .010 | |
| **Emmanuel Baud**<br>2 Rue Saint Floentin<br>Paris France 75007 | Series A Preferred | 52.010 | |
| **Fritz Oderbolz**<br>Schuermattstrasses 5<br>Hunenberg Swirtzerland CH6331 | Series A Preferred | 35 | |

Sheet 1 of 6 in List of Equity Security Holders

| In re: | **FTE Networks, Inc.** | Case No. | **25-12465** |
|---|---|---|---|
| | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary E Rehm**<br>**10790 N La Quinta Dr**<br>**Tucson, AZ 85737** | **Series A-1 Preferred** | **.430** | |
| **Gary Ira Pisoni**<br>**999 Vanderbilt Beach Road**<br>**Suite 601**<br>**Naples, FL 34108** | **Series A Preferred** | **25** | |
| **Hank Meertens**<br>**19 Rue de Doctur Blanche**<br>**Paris France F75016** | **Series A Preferred** | **2.7** | |
| **Hans Kriastian Fugelnes**<br>**Collettes Gate 29B**<br>**Oslo Norway N0169** | **Series A Preferred** | **21.986** | |
| **Heinz Baumann**<br>**77 Mariner Green Dr**<br>**Corte Madera, CA 94925** | **Series A Preferred** | **.180** | |
| **James Ehrhart**<br>**999 Vanderbilt Rd**<br>**Ste 400**<br>**Naples, FL 34108** | **Series A Preferred** | **4.097** | |
| **Jean Van Griethuysen**<br>**19 Rue de Doctur Blanche**<br>**Paris France F75016** | **Series A Preferred** | **0.010** | |
| **John Igoe**<br>**387 Mullet Ct**<br>**San Mateo, CA 94404** | **Series A Preferred** | **.180** | |
| **John W Eilers Jr**<br>**3750 Grandin Rd**<br>**Cincinnati, OH 45226** | **Series A Preferred** | **1.710** | |
| **Joseph Petrocelli**<br>**41 Stony Hill Path**<br>**Smithtown, NY 11787** | **Series A Preferred** | **1.16** | |
| **Joseph Quinn**<br>**66 Pine Tree Cir N**<br>**North Kingstown, RI 02852** | | **1.415** | |

List of equity security holders consists of 6 total page(s)

In re: **FTE Networks, Inc.**    Case No. **25-12465**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kenneth Larson**<br>**2 Long Water Ln**<br>**Savannah, GA 31411** | **Series A Preferred** | 1.230 | |
| **Kim Chong Chua**<br>**800 26th Ave**<br>**Apt 7**<br>**San Francisco, CA 94121** | **Series A-1 Preferred** | 19.588 | |
| **Larry Grate**<br>**23 Johnston Cove**<br>**Decatur, AL 35603** | **Series A Preferred** | 17 | |
| **Lateral US Credit Opporuntitie**<br>**400 S El Camino Real**<br>**Suite 1100**<br>**San Mateo, CA 94402** | **Series J-2 Preferred** | 1000 | |
| **Lateral US Credit Opprtunities**<br>**4000 S El Camino Real**<br>**Suite 1100**<br>**San Mateo, CA 94402** | **Series J-1 Preferred** | 1000 | |
| **Laurie Carnahan**<br>**c/o Laidlaw & Co**<br>**50 Park Ave 31st Flr**<br>**New York, NY 10016** | **Series A Preferred** | 8.893 | |
| **Mary Dreiling**<br>**580 Lakeview Dr**<br>**Miami Beach, FL 33140** | **Series A Preferred** | 2.9 | |
| **Maurice Gauchot**<br>**16 Avenue Pierre**<br>**1st de Serbie**<br>**Paris France 75116** | **Series A-1 Preferred** | .220 | |
| **Micahel J Palmer**<br>**8 Station Road**<br>**Surrey UK ET108DY** | **Series A-1 Preferred** | 5.690 | |
| **Michael B Carroll**<br>**3919 Happy Valley Rd**<br>**Lafayette, CA 94549** | **Series A Preferred** | 4,737 | |

List of equity security holders consists of 6 total page(s)

In re: **FTE Networks, Inc.**                                                      Case No. **25-12465**
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael C Fox Revocable Trust**<br>**1517 Washington Ave**<br>**#600**<br>**Saint Louis, MO 63103** | Series A Preferred | 8.536 | |
| **Michael C. Fox Revocable Trust**<br>**1517 Washington**<br>**8600**<br>**Saint Louis, MO 63103** | Series A-1 Preferred | 1.970 | |
| **Michael Sliger**<br>**19716 SE 23rd St**<br>**Sammamish, WA 98075** | Series A Preferred | 2.47 | |
| **Mitchell Cohen**<br>**3967 Vierra St**<br>**Pleasanton, CA 94566** | Series A Perferred | 100 | |
| **Muneswar Sreenivasan**<br>**2072 Longleaf Cir**<br>**San Ramon, CA 94582** | Series A-1 Preferred | .410 | |
| **Neil Sturrock**<br>**10 Cyncoed Ave**<br>**Cardiff UK CF23 65U** | Series A-1 Preferred | 5.690 | |
| **Nitkey Holding Corp**<br>**Via Nassa 21**<br>**Lugano Switzerland CH6900** | Series A-1 Preferred | 4.270 | |
| **Pablo Garcia Fernandez**<br>**Brisa No 110**<br>**Mexico PT 1900** | Series A-1 Preferred | 2.410 | |
| **Ray Weber**<br>**27 Zabriskie St**<br>**Jersey City, NJ 07307** | Series A Preferred | .86 | |
| **Robert McGuire**<br>**404 Timber Ln Rigde Rd**<br>**Sand Springs, OK 74063** | Series A Preferred | 4.797 | |
| **Roger Cady**<br>**631 Riverview Rd**<br>**Ozark, MO 65721** | Series A Preferred | 1.693 | |

List of equity security holders consists of 6 total page(s)

In re:  **FTE Networks, Inc.**   Case No. **25-12465**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stanton McNeil**<br>**6618 S Alkire St**<br>**Apt 1522**<br>**Littleton, CO 80127** | Series A Preferred | 3.614 | |
| **Stephen Kemp**<br>**40 St Owen St**<br>**Flat 1**<br>**Hereford UK HR1 2PR** | Series A-1 Preferred | 5.690 | |
| **Stephen Thorley**<br>**1 Bolton Road**<br>**Haywards Heath West Sussex**<br>**UK 40202** | Series A-1 Preferred | 5.690 | |
| **Sterne Age Leach**<br>**3221 156th St**<br>**Flushing, NY 11354** | Series A Preferred | 15 | |
| **Sterne Agee Leach**<br>**320 N 3rd Ave**<br>**Iron River, MI 49935** | Series A Preferred | .010 | |
| **Steven A Gorehm**<br>**19653 S Regan Rd**<br>**New Lenox, IL 60451** | Series A Preferred | 12.212 | |
| **Thomas Schwinger Caspari**<br>**Kilianstrasse 16**<br>**Kleinwallstadt Germany 63839** | Series A-1 Preferred | 2.160 | |
| **Timothy Hutton**<br>**5 Chemin de la Butte**<br>**L'Atang la Ville France 78620** | Series A Preferred | 30.529 | |
| **Werner Daghoffer**<br>**26054 SE 38th St**<br>**Issaquah, WA 98029** | Series A Preferred | 1.916 | |
| **Sterne Agee Leach**<br>**19760 Sawgrass Dr**<br>**Boca Raton, FL 33434** | Series A Preferred | 51.857 | |

List of equity security holders consists of 6 total page(s)

In re: **FTE Networks, Inc.** Case No. **25-12465**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Interim Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 17, 2025**    Signature **/s/ Michael Beys**

**Michael Beys**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 6 total page(s)