**Fill in this information to identify the case:**

Debtor name: **FTE Networks, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **25-12465**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor          Current value of debtor's interest

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ☑ Yes Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|
    | 14. Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
    | 15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity:    % of ownership | | |
    | 15.1.   **US Home Rentals LLC**    **100** % | | **Unknown** |

Debtor   **FTE Networks, Inc.**                                                  Case number *(If known)* **25-12465**
         Name

|        |                              |      |   |         |
|--------|------------------------------|------|---|---------|
| 15.2.  | **HOMI Holdings, LLC**       | 100  | % | Unknown |
| 15.3.  | **FACL Holdings LLC**        | 100  | % | Unknown |
| 15.4.  | **JusCom Inc. - assets liquidated** | 100 | % | $0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                  $0.00
    Add lines 14 through 16.  Copy the total to line 83.

### Part 5:   Inventory, excluding agriculture assets
18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:   Real property
54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property
59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | **FTE Networks, Inc.** | Case number *(If known)* **25-12465** |
|---|---|---|
| | Name | |

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Lateral Investment Management LLC et al v. Marcum LLP et al, Index No. 154273/2023 NY Supreme Court** | **$0.00** |
| | Nature of claim: **Fraud, aiding and abetting fraud**<br>Amount requested: **$400,000,000.00** | |
| | **Lateral et al v. Reich et al, Index No. 656791/2021 NY Sup Ct.** | **Unknown** |
| | Nature of claim: **RICO and Usury Claims based on alleged criminally usurious MCA leding to FTE**<br>Amount requested: **$0.00** | |
| | **FTE Networks Inc. v. Singal et al No. 22-cv-5960 (SDNY)** | **Unknown** |
| | Nature of claim: **Fraud, RICO, Breach of Contrat, breach of fiduciary duty**<br>Amount requested: **$0.00** | |
| | **FTE Networks Inc v. Szkaradek et al, No. 22-cv-785 (D. Del)** | **Unknown** |
| | Nature of claim: **Fraud, RICO, breach of contract, breach of fiduciary duty**<br>Amount requested: **$0.00** | |
| | **FTE Networks Inc. v. Innovativ Media Group, No. 25-cv-1731 (D. Nev)** | **Unknown** |
| | Nature of claim: **Fraud, Rico, breach of contract, breach of ficuariy duty**<br>Amount requested: **$0.00** | |
| | **FTE Networks Inc. v. Goodwin et al, No. 25-cv-1732 (D. Nev)** | **Unknown** |
| | Nature of claim: **Fraud, Rico, breach of contract, breah of fiduciary duty**<br>Amount requested: **$0.00** | |

| Debtor | **FTE Networks, Inc.** | Case number *(If known)* **25-12465** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| | **DLP Lending v. Byes, et al, No. C-48-CV-2021-09442 (Court of Common Pleas, Northampton County, PA** | **Unknown** |
| | **Nature of claim**     counterclaims and cross-claims asserted by FTE Networks Inc. alleged lender liab | |
| | **Amount requested**     $0.00 | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Restitution Claim against Michael Palleschi** | **$11,441,407.75** |
| | **Nature of claim**     **Restitution ordered by SDNY** | |
| | **Amount requested**     $0.00 | |
| | **Restitution Claim against David Lethem** | **$10,894,561.00** |
| | **Nature of claim**     **Restitution issued by SDNY** | |
| | **Amount requested**     $0.00 | |
| | **Restitution Claim against Anthony Sirotka** | **$1,965,615.00** |
| | **Nature of claim**     **Restitution awarded by SDNY** | |
| | **Amount requested**     $0.00 | |
| | **Restitution Claim against Daniel Moser** | **$1,965,615.00** |
| | **Nature of claim**     **Restitution awarded by SDNY** | |
| | **Amount requested**     $0.00 | |
| | **Possibl;e Net Operating Losses** | **Unknown** |
| | **Nature of claim**     **NOL** | |
| | **Amount requested**     $0.00 | |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$26,267,198.75** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

Debtor  **FTE Networks, Inc.**  Case number *(If known)* **25-12465**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $26,267,198.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,267,198.75 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,267,198.75 |